# EXHIBIT R

# WEBSITES



**INSTAGRAM**



**TWITTER**





# FACEBOOK



# YOUTUBE

